COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Agustin Calderon v. The State of Texas

Appellate case number:      01-18-00422-CR

Trial court case number:    15CR3346

Trial court:                10th District Court of Galveston County

On August 16, 2018, we abated this appeal, remanded the case to the trial court, and directed the trial court to appoint counsel, at no expense to appellant, to represent him on appeal. The trial court clerk has filed a supplemental clerk's record that includes the trial court's August 20, 2018 "Notice of Appointment," appointing Joel H. Bennett to represent appellant on appeal. Accordingly, we **REINSTATE** the case on the Court's active docket.

Appellant's brief is due to be filed in this appeal no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a), (d).

Appellant's pro se "Motion to Extend Time to File Appeals Brief" is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑  Acting individually    ☐ Acting for the Court

Date: September 11, 2018